**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **WILLIAM J. ANNARUMA,**      ) | |
|                           ) | |
|      **Plaintiff,**      ) | |
|                           ) | |
| **v.**      ) | **Case No. 3:16-cv-02168** |
|                           ) | **Judge Aleta A. Trauger** |
| **NANCY A. BERRYHILL**      ) | |
| **Acting Commissioner of Social Security,**      ) | |
|                           ) | |
|      **Defendant.**      ) | |

## ORDER

Before the court are the plaintiff William J. Annaruma's Objections (Doc. No. 31) to the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 30), recommending that the plaintiff's Motion for Judgment (Doc. No. 21) be denied and that the Social Security Administration's denial of benefits be affirmed.

For the reasons explained in the accompanying Memorandum, the Objections are **OVERRULED**, and the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation. The plaintiff's Motion for Judgment (Doc. No. 21) is **DENIED**, and the Social Security Administration's decision is **AFFIRMED**.

The Clerk shall enter judgment in accordance with Fed. R. Civ. P. 58(b).

It is so **ORDERED**.

ENTER this 16th day of August 2018.

_____
ALETA A. TRAUGER
United States District Judge